UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAVID STAUTIHAR, individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiff | ) CASE NO. 1:22-cv-00463-JMS-TAB |
| | ) |
| vs. | ) ) |
| ADVISE INSURANCE AGENCY LLC, an Indiana limited liability company, and BLOOM INSURANCE AGENCY LLC, an Indiana limited liability company, | ) ) ) ) |
| | ) |
| Defendants | ) |
| _____ | ) |

## STIPULATION OF DISMISSAL

Plaintiff David Stautihar and Defendants Advise Insurance Agency LLC and Bloom Insurance Agency LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATE: November 29, 2022                    Respectfully submitted,

By: */s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Eric C. Bohnet
Attorney at Law
6617 Southern Cross Dr.
Indianapolis, IN 46237
317-750-8503
ebohnet@gmail.com
*Attorneys for Plaintiff and the putative Class*

*/s/ William Akins*
William J. Akins
State Bar No. 24011972
FISHERBROYLES, LLP
500 Congress Ave. Suite 150
Austin, Texas 78701
Tel: 214)-924-9504
Email: william.akins@fisherbroyles.com

Alastair J. Warr
FISHERBROYLES, LLP
203 North LaSalle Street, Suite 2100
Chicago, IL 60601
Tel: 317-407-5260
Email: alastair.warr@FisherBroyles.com

ATTORNEYS FOR DEFENDANTS